

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Wayne Bonilla, | Civil Action No. 20-cv-0981-MMA-MDD |
| Plaintiff, | |
| V. | |
| J. Simmons; J. Olsen; John Morrill, Court Clerk, | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Plaintiff's Motion to Proceed IFP as barred by 28 U.S.C. Section 1915(g), dismisses this civil action based on Plaintiff's failure to pay the civil filing fee required by 28 U.S.C. Section 1914(a), and certifies that an IFP appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. Section 1915(a)(3).

| | |
|---|---|
| **Date:** 6/25/20 | **CLERK OF COURT** <br> **JOHN MORRILL, Clerk of Court** <br> By:  s/ T. Ferris <br> T. Ferris, Deputy |